UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
(CENTRAL DIVISION)

| | |
|---|---|
| KACEY STROUGH, | LAW NO. 4:13-CV-00147 |
| Plaintiff, | |
| vs. | *SATISFACTION OF JUDGMENT AGAINST DEFENDANTS* |
| BEDFORD COMMUNITY SCHOOL DISTRICT and ANDREA SCHUELKE, R.N., Individually and in her official capacity as school nurse, | |
| Defendants. | |

**COMES NOW,** the Plaintiff, by and through the undersigned counsel, and hereby states that judgment in the amount of $991,832.14 previously entered herein against Defendants, Bedford Community School District and Andrea Schuelke, R.N., along with interest and costs has been paid and satisfied in full.

SLATER & NORRIS P.L.C.

/s/ 

Thomas P. Slater, AT0007248
Michael T. Norris, AT0005909
5070 Grand Ridge Drive
West Des Moines, Iowa 50265
(515) 221-0918; (fax) (515) 226-1270
E-mail: tomslater@slaterlaw.net
E-mail: MNorris@snglaw.com

ATTORNEYS FOR PLAINTIFF

Original filed and copies via CM/ECF.

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing Instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _May 26_ 20_15_
By: ☐ Overnight Courier ☐ FAX ☐ E mail
☐ Hand Delivered ☐ U.S. Mail ☒ Other
☐ Certified Mail ☒ Scanned _CM/ECF_
Signature _/s/_